KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2011 JUN 17 PM 12: 12
DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| MICHAEL DUANE PETERSON<br>NICOLE ANNETTE PETERSON | Bankruptcy No. 10-32529 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On May 26, 2011, Check # 116, in the amount of $1,245.80 was issued to Dept. of Education, FedLoan Servicing.

2. Said check was returned unclaimed..

3. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92008301375966.

4. The last known name and address of the payee, to which the check was sent, is as follows:

DEPT OF EDUCATION

FedLoan Servicing
PO Box 69184
Harrisburg PA 17106

5. A check in the amount of $1,245.80, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 15th day of June, 2011.

KENNETH A. RUSHTON, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _16_ day of _June_, 2011.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_____